SNOWDEN ET AL. *v.* COLLINS.

[73 South. 793, Division A.]

REPLEVIN. *Peremptory instruction.*

Where a trustee under a deed of trust to secure the purchase price of cattle brought an action of replevin for the cattle covered by the trust deed and there was a conflict in the evidence as to whether the debt secured by the trust deed had been paid, the court should not have given a peremptory instruction for the plaintiff.

APPEAL from the circuit court of Lauderdale county. HON. W. W. VENABLE, Judge.

Replevin by W. F. Cotton trustee, against E. L. Snowden and others. From a judgment for plaintiff, defendant appeals.

Appellants executed a deed of trust to appellee as trustee covering the purchase price of certain cattle purchased by them, which deed of trust secured a number of notes. Several payments were made on the notes, and some of the notes were surrendered. Appellants claimed that they had made payments sufficient in the aggregate to liquidate the entire indebtedness secured by the deed of trust. Suit was brought in re-

plevin for the immediate possession of certain of the cattle. On the trial in the circuit court upon the issue of whether or not the debt had been paid, the evidence was conflicting. The court gave a peremptory instruction for the plaintiff (appellee here) and the defendants appealed.

*F. V. Braham,* for appellants.

SMITH, C. J., delivered the opinion of the court.

The peremptory instruction should not have been given.

*Reversed and remanded.*